103 A.3d 1292

Virgil BARBER, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.

No. 147 EM 2014.

Supreme Court of Pennsylvania.

Nov. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED,** and to the extent it requests mandamus relief, it is **GRANTED.**

The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending petition within 90 days of this order.